IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JEROME VARNUM and          )
ELIZABETH VARNUM,          )
                           )
     Plaintiffs,           )
                           )      CIVIL ACTION NO.
     v.                    )       1:11cv1109-MHT
                           )           (WO)
METROPOLITAN PROPERTY AND  )
CASUALTY INSURANCE COMPANY,)
                           )
     Defendant.            )
```

**JUDGMENT**

Pursuant to the joint stipulation for dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of January, 2013.

                                     /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE